| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 43,784 |
| 7 | Attorneys for Plaintiff<br>KINGVISION PAY-PER-VIEW LTD. |



FILED
CLERK, U.S. DISTRICT COURT
JUN 1 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

NUNC PRO TUNC AS OF 02/01/10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW LTD., | ) | CASE NO. CV 99-9007-RMT (SHx) |
| Plaintiff, | ) | [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |
| vs. | ) | |
| IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC. dba JJ'S BAR; ANYTIME, INC., an unknown business entity dba JJ'S BAR, | ) | |
| Defendants. | ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC. dba JJ'S BAR; and ANYTIME, INC., an unknown business entity dba JJ'S BAR, jointly and severally, the Default Judgment entered on 05/16/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment:

|   |   |
|---|---|
| a. Total judgment | $6,800.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $6,800.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $6,800.00 |
| g. Interest after judgment | $1,700.00 |
| h. Fee for filing renewal application | $ -0- |
| i. **Total renewed judgment** (*add e, 5, and g*) | $8,500.00 |

DATED: 6/15/10        CLERK, by Lori Muraoka
                      Deputy _____,

F:\USERS\DJCNEW\jj's.renewal1

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-9007-RMT (SHx)        2