Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW LTD            )
                                       )
        Plaintiff,       vs.           )   Case No.: 2:99-CV-09007-RMT-SH
                                       )
IRENE GONZALEZ,  et al,                )          **RENEWAL OF JUDGMENT**
                                       )              **BY CLERK**
        Defendant,                     )
                                       )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Kingvision Pay-Per-View LTD, and against Defendant, Irene Gonzalez, individually and as the alter ego of Anytime, Inc. d/b/a JJ'S Bar; and Anytime, Inc an unknown business entity d/b/a JJ's Bar, jointly and severally, entered on June 18, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 8,500.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **8,500.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **8,500.00** |
| f. | Interest after judgment(.33%) | $ | 280.24 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **8,780.24** |

Dated: June 16, 2020        CLERK, by _Sharon HallBrown_
                                        Deputy
                            Kiry A. Gray,
                            Clerk of U.S. District Court

Renewal of Judgment